IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>ALDOMAR PEREZ,<br><br>           Defendant. | **8:13CR43**<br><br>**ORDER** |

IT IS ORDERED that:

1. The defendant's unopposed Motion to Continue Sentencing Hearing (filing 221) is granted.

2. Defendant Aldomar Perez's sentencing is continued to Friday, January 24, 2014, at 3:00 p.m., before the undersigned United States District Judge, in Courtroom 1 (Special Proceedings), Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The defendant shall be present at the hearing.

Dated this 31st day of December, 2013.

BY THE COURT:

_____
John M. Gerrard
United States District Judge