IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:13-CR-43 |
| vs. | ORDER |
| KAILEE MARIE DAVIS, | |
| Defendant. | |

This matter is before the Court on the defendant's unopposed Motion to Extend Self-Surrender Date (filing 346). The defendant's motion will be granted.

IT IS ORDERED:

1. The defendant's Motion to Extend Self-Surrender Date (filing 346) is granted.

2. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 1:00 P.M. on August 21, 2014.

3. The Clerk of the Court is directed to provide a certified copy of this order to the United States Marshal.

Dated this 13th day of May, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge